RCK:dismissal

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2000 OCT -3 A 8:15
CLERK'S OFFICE
AT BALTIMORE
BY_____DEPUTY

OCT 3

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| Plaintiff | * |
| v. | * Civil No. JFM-00-2621 |
| | * |
| ALL OF THE FUNDS AND PROPERTY | * |
| CONTAINED IN BANCO BILBAO | * |
| VIZCAYA, GRAND CAYMAN, ACCOUNT | * |
| NUMBERS 9671471, 967356, 972844, | * |
| 971069, 970681, 971051, AND | * |
| ALL RELATED ACCOUNTS UNDER | * |
| THOSE ACCOUNT NUMBERS AT | * |
| THAT BANK, | * |
| Defendant. | * |
| | * |

...ooOoo...

**GOVERNMENT'S NOTICE OF VOLUNTARY DISMISSAL OF ACTION**

The United States of America, through undersigned counsel and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses this case. Because no Answer or Motion for Summary Judgment has been filed, this dismissal is without prejudice.

Respectfully submitted,

Lynne A. Battaglia
United States Attorney

9-29-00
Date

Richard C. Kay
Assistant United States Attorney
6625 United States Courthouse
101 West Lombard Street
Baltimore, Maryland 21201
Telephone: (410) 209-4850